UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**JULIUS D. WALKER, JR.**                                           **CIVIL ACTION**

**VERSUS**                                                          **NO. 07-3578**

**ALDEN B. NETTERVILLE**                                            **SECTION "J" (1)**

### O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's complaint **DISMISSED WITH PREJUDICE** as frivolous and for failure to state a claim on which relief may be granted.

New Orleans, Louisiana, this 23rd day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE